```
1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHELLE RODRIGUEZ
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  (916) 554-2700
```



**FILED**

MAY 2 2 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

In re: Sealed Search Warrants )
                              )  SW NO.  13-313-ckd
                              )
                              )  (proposed) ORDER UNSEAL WARRANTS
                              )

   HEREBY, the United States motion to unseal the application, affidavit, and attachments in the above captioned matters is GRANTED.

DATED: May 22, 2013

ALLISON CLAIRE
US MAGISTRATE JUDGE

MOTION TO UNSEAL AND ORDER                                      2